IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-21130
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STANISLAV SERGEYICH ZABOLOTSKIY, also known as
Stan Zabolotskiy,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-861-4
--------------------
December 12, 2002

Before JOLLY, JONES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Stanislav Sergeyich Zabolotskiy
has filed a motion to withdraw as counsel and a brief in
accordance with Anders v. California, 386 U.S. 738 (1967).
Zabolotskiy has not filed a response.  Our independent review of
the record and counsel's brief discloses no nonfrivolous issue.
Accordingly, counsel's motion to withdraw is GRANTED, counsel is
excused from further responsibilities, and the APPEAL IS
DISMISSED.  See 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.